Denise Trani-Morris (State Bar No. 127879)
Amelia L. Sanchez-Moran (State Bar No. 281219)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: denise.trani-morris@jacksonlewis.com
E-mail: amelia.sanchez-moran@Jacksonlewis.com

Attorneys for Defendants
SKYTAP, INC. and THOR CULVERHOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLF LANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SKYTAP, INC., THOR CULVERHOUSE, AND DOES 1 – 50 inclusive;<br><br>Defendants. | Case No. 4:18-cv-01292-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br>AS MODIFIED<br><br>State Complaint Filed: 10/6/2017<br>Removal Filed: 2/27/2018 |

TO THE HONORABLE COURT AND CLERK:

WHEREAS, the Initial Case Management Conference is currently scheduled before The Honorable Judge Kandis A. Westmore on May 29, 2018;

WHEREAS, Defendants SKYTAP, INC. and THOR CULVERHOUSE ("Defendants") informed Plaintiff RUDY LANG ("Plaintiff") of their intent to enforce an arbitration agreement between Plaintiff and Defendants by letter on March 20, 2018;

WHEREAS, Plaintiff's counsel informed Defense counsel on May 4, 2018 that Plaintiff would not stipulate to arbitration pursuant to the proposed arbitration agreement;

WHEREAS, the Parties met and conferred regarding dates for a Motion to Compel

Arbitration and briefing schedule;

WHEREAS, the Parties agreed that due to counsel's unavailability, the Parties sought to have the Motion to Compel Arbitration heard on August 16, 2018 or later;

WHEREAS, the Parties agreed that, in order to conserve resources, the initial Case Management Conference should not be held until on or after the Court has issued its decision regarding Defendants' anticipated Motion to Compel Arbitration.

IT IS THEREFORE STIPULATED, and the Parties respectfully request an ORDER setting the hearing for Defendants' Motion to Compel for August 16, 2018 or later, and vacating the current initial Case Management Conference pending the Court's ruling on Defendants' Motion to Compel Arbitration.

Dated: May 11, 2018                    JACKSON LEWIS P.C.


By:   __/s/ Denise Trani-Morris_____
      Denise Trani-Morris
      Amelia L. Sanchez-Moran
      Attorneys for Defendants
      SKYTAP, INC. and THOR
      CULVERHOUSE


Dated: May 11, 2018                    TOWNER LAW OFFICE


By:   __/s/ Bruce M. Towner_____
      Bruce M. Towner
      Attorney for Plaintiff
      RUDOLPH LANG

**[PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE**

PURSUANT TO THE ABOVE STIPULATION, I HEREBY ORDER that the Case Management Conference presently scheduled for May 29, 2018, is continued to September 25, 2018. The court does not set hearing dates in advance of the filing of properly noticed motions.

IT IS SO ORDERED.

Date: May 11, 2018

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

4844-3931-1457, v. 1

---

3
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFEREENCE Case No. 4:18-cv-01292-KAW