Denise Trani-Morris (State Bar No. 127879)
Spencer J. Davidson (State Bar No. 281169)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: denise.trani-morris@jacksonlewis.com
E-mail: spencer.davidson@Jacksonlewis.com

Attorneys for Defendants
SKYTAP, INC. and THOR CULVERHOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLF LANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SKYTAP, INC., THOR CULVERHOUSE, AND DOES 1 – 50 inclusive;<br><br>Defendants. | Case No. 4:18-cv-01292-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>State Complaint Filed: 10/6/2017<br>Removal Filed: 2/27/2018 |

TO THE HONORABLE COURT AND CLERK:

Plaintiff RUDY LANG ("Plaintiff") together with Defendants SKYTAP, INC. and THOR CULVERHOUSE ("Defendants," collectively "the Parties") hereby submit this stipulation to continue the case management conference and associated deadlines.

WHEREAS, the Initial Case Management Conference is currently scheduled before The Honorable Judge Kandis A. Westmore on September 25, 2018;

WHEREAS pursuant to the Court's standing order, the parties are obligated to meet and confer in advance of this conference and submit a joint case management statement on or before September 18, 2018;

///

---

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFEREENCE                                            Case No. 4:18-cv-01292-KAW

WHEREAS Defendants have filed a Motion to Compel Arbitration requesting that the Court order the entirety of this action be submitted to arbitration, with the hearing on such motion set for September 20, 2018; and

WHEREAS the Parties agreed that, in order to conserve resources and avoid unnecessary time and effort, the meet and confer effort and preparation of a joint case management statement should be postponed until after the Court has issued its decision regarding Defendants' Motion to Compel Arbitration;

IT IS THEREFORE STIPULATED AND REQUESTED that the current initial Case Management Conference be continued to October 2, 2018 or as soon thereafter as the Court is available, along with its associated deadlines. This will permit the Parties to forego their meet and confer effort and preparation of the joint case management statement until after the Motion to Compel Arbitration is decided.

Dated: September 11, 2018                    JACKSON LEWIS P.C.

                                             By:    /s/ Spencer J. Davidson
                                                    Denise Trani-Morris
                                                    Spencer J. Davidson
                                                    Attorneys for Defendants
                                                    SKYTAP, INC. and THOR
                                                    CULVERHOUSE

Dated: September 11, 2018                    TOWNER LAW OFFICE

                                             By:    /s/ Bruce M. Towner
                                                    Bruce M. Towner
                                                    Attorney for Plaintiff
                                                    RUDOLPH LANG

The filing party certifies that agreement to file this document has been obtained from all Signatories shown above, in accordance with Local Rule 5-1(i)(3).

# [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE

PURSUANT TO THE ABOVE STIPULATION, I HEREBY ORDER that the Case Management Conference presently scheduled for September 25, 2018, and its associated deadlines, shall be continued to October 30, 2018 at the time of 1:30 p.m.

IT IS SO ORDERED.

Dated: 9/11/18

*Kandis Westmore*
Hon. Kandis A. Westmore
United States Magistrate Judge

4834-7704-5618, v. 1