Denise Trani-Morris (State Bar No. 127879)
Spencer J. Davidson (State Bar No. 281169)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: denise.trani-morris@jacksonlewis.com
E-mail: spencer.davidson@Jacksonlewis.com

Attorneys for Defendants
SKYTAP, INC. and THOR CULVERHOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLF LANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SKYTAP, INC., THOR CULVERHOUSE, AND DOES 1 – 50 inclusive;<br><br>Defendants. | Case No. 4:18-cv-01292-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>State Complaint Filed: 10/6/2017<br>Removal Filed: 2/27/2018 |

TO THE HONORABLE COURT AND CLERK:

Plaintiff RUDY LANG ("Plaintiff") together with Defendants SKYTAP, INC. and THOR CULVERHOUSE ("Defendants," collectively "the Parties") hereby submit this stipulation to continue the Case Management Conference and associated deadlines.

The initial Case Management Conference is currently scheduled before The Honorable Judge Kandis A. Westmore for October 30, 2018 (See ECF No. 30);

Pursuant to the Court's standing order, the parties are obligated to meet and confer in advance of this conference and submit a joint case management statement on or before October 23, 2018 (See ECF No. 30);

///

---

1
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFEREENCE
Case No. 4:18-cv-01292-KAW

Defendants filed a Motion to Compel Arbitration requesting that the Court order the entirety of this action be submitted to arbitration. Such motion was set for hearing on September 20, 2018, though the Court elected to take the motion under submission without oral argument on September 19, 2018 (See ECF No. 31);

As of the date of this Stipulation, the Court has not yet entered any order as to Defendants' Motion to Compel Arbitration, and its ruling remains pending.

THEREFORE, the Parties agree that, in order to conserve resources and avoid unnecessary time and effort, the meet and confer effort and preparation of a joint case management statement should be postponed until after the Court has issued its decision regarding Defendants' Motion to Compel Arbitration;

IT IS THEREFORE STIPULATED AND REQUESTED that the current initial Case Management Conference be vacated, and the Court set the Case Management Conference to occur three weeks after its ruling on the Motion to Compel Arbitration, with the Parties' joint case management statement to be due seven days before the conference as per the Court's Standing Order. This will permit the Parties to forego their meet and confer effort and preparation of the joint case management statement until after the Motion to Compel Arbitration is decided.

Dated: October 15, 2018     JACKSON LEWIS P.C.

By:   /s/ Spencer J. Davidson
      Denise Trani-Morris
      Spencer J. Davidson
      Attorneys for Defendants
      SKYTAP, INC. and THOR
      CULVERHOUSE

Dated: October 15, 2018     TOWNER LAW OFFICE

By:   /s/ Bruce M. Towner
      Bruce M. Towner
      Attorney for Plaintiff
      RUDOLPH LANG

The filing party certifies that agreement to file this document has been obtained from all Signatories shown above, in accordance with Local Rule 5-1(i)(3).

## [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE

PURSUANT TO THE ABOVE STIPULATION, I HEREBY ORDER that the Case Management Conference presently scheduled for October 30, 2018, and its associated deadlines, shall be continued to __November 27, 2018__ at the time of __1:30 p.m.__. The Parties' joint case management statement shall be due seven days prior to the conference date.

IT IS SO ORDERED.

Dated: __10/15/18__

*Kandis Westmore*
Hon. Kandis A. Westmore
United States Magistrate Judge

4820-6144-0632, v. 1

---

3
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFEREENCE
Case No. 4:18-cv-01292-KAW